# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jacobs Trading Company, LLC, a Delaware Limited Liability Company, and Irwin L. Jacobs,<br><br>                Plaintiffs,<br><br>  v.<br><br>ESA Marketing, Inc., a Wisconsin Corporation, and Blaine Bundy, a Wisconsin resident,  and Lakeshirts, Inc., a Minnesota Corporation<br><br>                Defendants. | Court File No.: 13-CV-3060 (RHK/TNL)<br><br><br><br>**MOTION FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 54** |

**TO:** DEFENDANTS ABOVE-NAMED, AND THOMAS F. HUTCHINSON, AND EASTLUND SOLSTAD CADE HUTCHINSON & YSEBAERT LTD., 4200 COUNTY RD 42 WEST, SAVAGE, MINNESOTA 55378, ATTORNEYS FOR DEFENDANT LAKESHIRTS, INC.

Plaintiffs Jacobs Trading Company, LLC and Irwin L. Jacobs respectfully move the Court for its order directing entry of judgment against Defendants ESA Marketing, Inc. and Blaine Bundy for the relief demanded against said Defendants under Counts I and II of the Complaint.

Said motion is based upon the default entered against said Defendants on December 9, 2013 (Doc. 15), the accompanying memorandum in support thereof, Affidavit of David A. Mahler, and upon all files, records and proceedings herein.

Dated:  January 28, 2014      Respectfully submitted,

**MASLON EDELMAN BORMAN & BRAND, LLP**

s/ Geoffrey P. Jarpe
Geoffrey P. Jarpe (#49761)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Phone:  (612) 672-8200

ATTORNEY FOR PLAINTIFFS