# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jacobs Trading Company, LLC, a Delaware Limited Liability Company, and Irwin L. Jacobs, <br><br>　　　　　　Plaintiffs,<br>v.<br><br>ESA Marketing, Inc., a Wisconsin Corporation, and Blaine Bundy, a Wisconsin resident, and Lakeshirts, Inc., a Minnesota Corporation<br><br>　　　　　　Defendants. | Court File No.: 13-CV-3060 (RHK/TNL)<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Irwin L. Jacobs and Defendant Lakeshirts, Inc., through their undersigned counsel, that all claims that have or could have been asserted by Plaintiff Irwin L. Jacobs against Defendant Lakeshirts, Inc. only, are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to either party. The parties jointly request that the Court adopt this Stipulation and enter an Order of Dismissal of said claims with Prejudice. This Stipulation does not in any respect apply to Plaintiffs' claims against Defendants ESA Marketing, Inc. and Blaine Bundy, who are in default.

Dated: May _/_, 2014

**MASLON EDELMAN BORMAN & BRAND, LLP**

By: _/s/ Geoffrey P. Jarpe_
　　Geoffrey P. Jarpe (#49761)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone: (612) 672-8200
Email:　geoffrey.jarpe@maslon.com

**ATTORNEY FOR PLAINTIFFS**

Dated: May _1_, 2014

**EASTLUND, SOLSTAD, CADE, HUTCHINSON & YSEBAERT, LTD.**

By: _____
Thomas F. Hutchinson (#48549)
4200 County Road 42 West
Savage, MN 55378
Telephone: (952) 894-6400
Email:  thutchinson@eschylaw.com

**ATTORNEY FOR DEFENDANT LAKESHIRTS, INC.**

2