UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jacobs Trading Company, LLC,
a Delaware Limited Liability Company,
and Irwin L. Jacobs,

        Plaintiffs,    Civil No.  13-3060 (RHK/TNL)

v.              **ORDER**

ESA Marketing, Inc., a Wisconsin
Corporation, and Blaine Bundy, a
Wisconsin resident, and Lakeshirts,
Inc., a Minnesota Corporation,

        Defendants.

---

  Pursuant to the Stipulation of Dismissal With Prejudice (Doc. No. 36) between Plaintiff Irwin L. Jacobs and Defendant Lakeshirts, Inc., **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** as to Defendant Lakeshirts, Inc. only.

Dated: May 2, 2014

              s/ Richard H. Kyle
              RICHARD H. KYLE
              United States District Judge