AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jacobs Trading Company, LLC, Irwin L. Jacobs

V.

ESA Marketing, Inc., Blaine Bundy, Lakeshirts, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:   13-cv-03060-RHK-TNL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs' Motion for Entry of Judgment (Doc. No. 27) is GRANTED. Judgment is entered (1) in favor of Alexandra Jacobs and against Defendants ESA Marketing, Inc. and Blaine Bundy, jointly and severally, in the amount of $200,901.76, and (2) in favor of Jacobs Trading Company, LLC and against Blaine Bundy in the amount of $202,822.92.

|  |  |
|---|---|
| May 16, 2014 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/L. Brennan |
|  | (By)    L. Brennan,   Deputy Clerk |